# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
### No. 25-0277V

| | |
|---|---|
| DALLECE CURLEY,<br><br>　　　　　　　Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>　　　　　　　Respondent. | Chief Special Master Corcoran<br><br>Filed: September 9, 2025 |

*LeeAnne Pedrick, Mctlaw, Washington, DC,* for Petitioner.

*Lynn Christina Schlie, U.S. Department of Justice, Washington, DC,* for Respondent.

### **RULING ON ENTITLEMENT**[1]

On February 14, 2025, Dallece Curely filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that, as a result of receiving varicella and human papillomavirus ("HPV") vaccination on July 21, 2022, she developed "injuries resulting from the adverse effects of a vaccination or vaccinations," and was diagnosed with cellulitis. Petition at 1. Petitioner further alleges that her injury lasted for more than six months after administration of the subject vaccinations. Petition at 5. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On September 8, 2025, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

1. Specifically, Respondent states that "a preponderance of evidence establishes that petitioner's cellulitis was caused in fact by her July 21, 2022 vaccinations, and that her cellulitis was not due to factors unrelated to the administration of the vaccines." *Id.* at 7. Respondent further agrees that "this case was timely filed, that petitioner received her vaccinations in the United States, and that petitioner satisfied the statutory severity requirement insofar as petitioner suffered the residual effects or complications of her injury for more than six months after vaccine administration." *Id.*

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>s/Brian H. Corcoran</u>
Brian H. Corcoran
Chief Special Master